IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

$20,330.00 IN UNITED STATES CURRENCY,

    Defendant(s).

## ORDER

Patricia A. Coan, United States Magistrate Judge

    This is a civil forfeiture action under 21 U.S.C. §881.  The matters before the court are Claimant Baca's Motion to Quash Forfeiture and/or Request for Hearing [filed July 8, 2005]  and Motion Requesting Speedy Trial and/or Speedy Disposition of Forfeiture Proceeding; Return of Property [filed July 8, 2005].

    The motions assert Claimant's objections to the June 17, 2005 Recommendation of United States Magistrate Judge.  Under Fed.R.Civ.P. 72(b) and 28 U.S.C. §636(b)(1), Claimant was required to file his written objections to the Recommendation within ten days.  He failed to do so and the court adopted the Recommendation on July 7, 2005. *See* Order on June 17, 2005 Recommendation of Magistrate Judge.

    Claimant also complains that the court "aided" the government in this case, and prejudiced the Claimant, by inviting the government to file "untimely" responses to the

February 25, 2005 motions which were the subject of the June 17, 2005 Recommendation. Claimant asserts that it would have been "more beneficial" to his position if the court had ruled on his motions without a response from the government.

Under D.C.COLO.LCivR 7.1(C), a party generally has twenty days to respond to a written motion; however, the court may allow a greater time in which to file a response. I ordered the government to respond to the February 25, 2005 motions by June 13, 2005. *See* May 27, 2005 Courtroom Minutes/Minute Order. The government's response included an affidavit and supporting documentation which assisted the court in making an accurate and informed recommendation on disposition of Claimant's February 25, 2005 motions.

Accordingly, it is

**HEREBY ORDERED** that Claimant's Motion to Quash Forfeiture and/or Request for Hearing [filed July 8, 2005] and Claimant's Motion Requesting Speedy Trial and/or Speedy Disposition of Forfeiture Proceeding; Return of Property [filed July 8, 2005] are **DENIED**.

Dated July 18, 2005.

BY THE COURT:

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge