IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02143-PSF-PAC

U.S.A.,

          Plaintiff,

v.

$20.330 U.S. CURRENCY,

          Defendant,

CLAUDIO BACA,

          Claimant.

```
                          FILED
              UNITED STATES DISTRICT COURT
                   DENVER, COLORADO

                     JUL 1 9 2005

               GREGORY C. LANGHAM
                              CLERK
```

## ORDER TO CURE DEFICIENCY

Figa, Judge

Claimant submitted an Appeal of Order on June 17, 2005 being treated as a Notice of Appeal on July 18, 2005. The court has determined that the document is deficient as described in this order. Claimant will be directed to cure the following if he wishes to pursue this appeal.

(A) **Filing Fee**
    X    is not submitted

(B) **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
    X    is not submitted
    __    is missing affidavit
    __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    __    is missing required financial information
    __    is missing an original signature by the prisoner
    __    is not on proper form (must use the court's current form)
    __    other_____

1

Accordingly, it is

ORDERED that claimant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that claimant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to claimant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if claimant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 19th day of July, 2005.

BY THE COURT:

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO