IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

 Plaintiff(s),

v.

$20,330.00 IN UNITED STATES CURRENCY,

 Defendant(s).

ORDER

Patricia A. Coan, United States Magistrate Judge

  This is a civil forfeiture action under 21 U.S.C. §881.  The matter before the court is Claimant Baca's Motion for More Definite Statement [filed August 24, 2005].  Applicant asserts that the Government's Verified Complaint for Forfeiture In Rem "is so vague and ambiguous that the Claimant/Defendant cannot reasonably be required to defendant against, or frame a sufficient response with surety."

  This court has previously concluded that the Verified Complaint complies with Rule E(2)(a)'s requirement that the Government "state the circumstances from which the claim arises with such particularity that the defendant or claimant will be able, without moving for a more definite statement, to commence an investigation of the facts and to frame a responsive pleading."  *See* Rule E(2)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims; *see, also,* 21 U.S.C. §881(b) (providing that Rule E(2)(a) sets forth the pleading requirements for civil forfeiture actions under 21 U.S.C. §881).

  Accordingly, it is

**HEREBY ORDERED** that Claimant Baca's Motion for More Definite Statement [filed August 24, 2005] is **DENIED**.

Dated September 1, 2005.

BY THE COURT:

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge