IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

$20,330.00 IN UNITED STATES CURRENCY,

    Defendant(s).

_____

ORDER
_____

Patricia A. Coan, United States Magistrate Judge

This is a civil forfeiture action under 21 U.S.C. §881.  The matters before the court are Claimant Baca's Motion for Service to U.S. Attorney [filed September 19, 2005] and Motion for Service to Mesa State College [filed September 19, 2005].

Mr. Baca first asks the court to serve discovery requests on the plaintiff asking for the names of all witnesses in this case who are known to the government at this time.  On May 27, 2005, the undersigned authorized each party to serve twenty (20) interrogatory requests and twenty (20) requests for production of documents on the opposing party, under Fed.R.Civ.P. 33 and 34.  Mr. Baca may obtain the information he seeks by serving interrogatory requests/and or requests for production of documents, on Assistant United States Attorney Russell, via the United States mail.   Accordingly, it is

**HEREBY ORDERED** that Claimant Baca's Motion for Service to U.S. Attorney [filed

September 19, 2005] is **DENIED**.  It is

**FURTHER ORDERED** that Mr. Baca shall serve his interrogatory requests and/or requests for production of documents on Mr. Russell on or before **October 21, 2005.**  It is

**FURTHER ORDERED** that the discovery deadline is extended to **November 21, 2005** so that the government can respond to any written discovery requests served by the Claimant.

Mr. Baca next asks the court to order the Clerk to serve a subpoena duces tecum upon the custodian of student housing and financial records at Mesa State College to produce plaintiff's housing and financial records for inspection and copying.  Plaintiff is entitled to obtain copies of his own records and should make a written request to the college asking for copies of the documents he seeks.  Accordingly, it is

**HEREBY ORDERED** that the Motion for Service to Mesa State College [filed September 19, 2005] is **DENIED.**

Dated October 4, 2005.

                                              BY THE COURT:

                                              s/ Patricia A. Coan
                                              PATRICIA A. COAN
                                              United States Magistrate Judge