IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

$20,330.00 IN UNITED STATES CURRENCY,

        Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

        IT IS HEREBY **ORDERED** that Claimant Baca's Motion to Postpone Summary Judgement . . . [filed November 15, 2005] is **GRANTED** as follows: The court will defer making a recommended ruling on Claimant's Motion for Summary until January 20, 2006 or thereafter.

Dated:  November 21, 2005