IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

   Plaintiff,

v.

$20,330.00 IN UNITED STATES CURRENCY,

   Defendant.

---

## ORDER SETTING CASE FOR TRIAL
---

The above-captioned matter has been scheduled for a **two-day trial to the Court** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **May 8, 2006 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **April 28, 2006 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, and Claimant Claudio Baca may attend by videoconference or by telephone.**

DATED: February 2, 2006

                                                                BY THE COURT:

                                                                *s/ Phillip S. Figa*
                                                                _____
                                                                Phillip S. Figa
                                                                United States District Judge