IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$20,330.00 IN UNITED STATES CURRENCY,

    Defendant.

___

### ORDER TO RESET TRIAL DATE
___

This matter is before the Court on the United States' Motion for Clarification of conflicting orders (Dkt. # 90). The Court hereby

ORDERS that the final trial preparation conference set for April 28, 2006 and the two-day Court trial set for May 8, 2006 are VACATED. It is

FURTHER ORDERED that the above-captioned matter has been rescheduled for a **two-day trial to the Court** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **August 28, 2006 at 9:00 a.m.** The final trial preparation conference is reset for **August 21, 2006 at 4:00 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, and Claimant Claudio Baca may attend by videoconference or by telephone.**

    DATED: February 3, 2006

                                                      BY THE COURT:

                                                      *s/ Phillip S. Figa*
                                                      _____
                                                      Phillip S. Figa
                                                      United States District Judge