IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$20,330.00 IN UNITED STATES CURRENCY,

    Defendant.

## ORDER DIRECTING SUBMISSION OF SETTLEMENT PAPERS

This matter comes before the Court pursuant to the United States' Status Report filed February 7, 2006 (Dkt. # 96). The Court ORDERS the parties to file their settlement papers, including a proposed Final Order of Forfeiture, no later than February 24, 2006, or otherwise advise the Court by that date why the settlement reflected in the Status Report has not been finalized.

DATED: February 8, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge