IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$20,330.00 IN UNITED STATES CURRENCY,

    Defendant.

## SECOND ORDER DIRECTING SUBMISSION OF SETTLEMENT PAPERS

This matter comes before the Court pursuant to the United States' Response to Order Directing Submission of Settlement Papers filed February 24, 2006 (Dkt. # 99). In its response, the Government states, in essence, that it forwarded settlement papers to Claimant Baca on February 7, 2006, but that due to his prison housing arrangements they may not have reached him at the Delta County Jail where he is now incarcerated. The response states that the Government "will be sending yet another copy of the Settlement Agreement to claimant Baca" at the Delta County Jail address.

It is the Order of this Court that if settlement papers have not been sent to Clamant Baca at the Delta County Jail they be sent forthwith. If, as of March 10, 2006, the Settlement Agreement has not been delivered to Clamant Baca, the office of the United States Attorney is directed to arrange for an agent of its office to travel to Delta County Jail, or wherever Baca is in custody as of that date, and personally present the settlement papers to Claimant Baca, have them signed at that time if Claimant Baca is

agreeable to the settlement, and return the papers for filing in this Court <u>no later than March 17, 2006</u>, or otherwise advise the Court by that date why the settlement reflected in the Status Report has not been finalized.

DATED: February 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge