IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$20,330.00 IN UNITED STATES CURRENCY,

    Defendant.

## ORDER ON CLAIMANT'S REQUEST FOR STAY OF PROCEEDINGS

    This matter comes before the Court pursuant to the filing by Claimant Claudio Baca on March 29, 2006 (Dkt. # 104), which notices a change of claimant's address, but also requests the Court to stay proceedings in this case until after June 12-13, 2006. The Court treats this filing as a motion to stay. The motion is DENIED.

    This case has been pending since October 15, 2004. Claimant filed his motion contesting forfeiture on December 20, 2004 (Dkt # 8). The case is set for trial on August 28, 2006. Claimant has had ample time to take the discovery he now references in his motion to stay, but has failed to take. Moreover, the case has been set for trial since February 2, 2006, and this is the first time claimant asserts a lack of time to prepare for trial. Finally, the fact that claimant is a defendant in a criminal proceeding is not a valid ground for staying this unrelated civil case.

    Accordingly, the Motion to Stay (Dkt. # 104) is DENIED.

DATED: March 30, 2006        BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge