IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$20,330.00 IN UNITED STATES CURRENCY,

        Defendant.

_____

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881,

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule C(4);

THAT the United States and the only claimant, Claudio Baca, have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute.

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of the defendant real property; and

THAT it further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of $12,000.00 of defendant $20,330.00 in United States

currency shall enter in favor of the United States;

THAT the United States shall return to Claimant Baca $8,330.00 of defendant $20,330.00 in United States currency;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465 as to all defendant currency.

Dated this 20th day of June, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____

PHILLIP S. FIGA
United States District Court Judge