IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02143-PSF-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$20,330.00 IN UNITED STATES CURRENCY,

    Defendant,

CLAUDIO BACA,

    Claimant.

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

This matter comes before the Court on the Claimant Baca's motion to enforce the settlement agreement (Dkt. # 118), filed July 28, 2006, and the Court's Order to the Plaintiff United States of America to show cause why Baca's motion should not be granted, issued on August 22, 2006 (Dkt. # 119).

A response filed by Plaintiff United States of America on August 24, 2006 (Dkt. # 120), reflects that the amounts which the parties had agreed would be paid to Claimant Baca, an inmate in the state prison system, in settlement of this case were in fact deposited into his prison account no later than August 4, 2006 (Exhibits 2 and 3 to Plaintiff's Response).

Accordingly, the Claimant's motion to enforce the settlement agreement is DENIED and the Order to Show Cause is DISCHARGED.

DATED: September 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge